**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Karen P. Conzo | CHAPTER 7 |
| Debtor(s) | |
| | BKY. NO. 20-70095 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1 and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/James C. Warmbrodt, Esquire**
                                              James C. Warmbrodt, Esquire
                                              Attorney I.D. No. 42524
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              412-430-3594
                                              jwarmbrodt@kmllawgroup.com