**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Karen P. Conzo**
Debtor(s)

Bankruptcy Case No.: 20–70095–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 1, 2020

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-70095-JAD
Karen P. Conzo                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: admin              Page 1 of 1                 Date Rcvd: Jul 01, 2020
                               Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db              +Karen P. Conzo,    615 Yoder Street,    Johnstown, PA 15901-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
      for the holders of the CIM Trust 2017-1, Mortgage-Backed Notes, Series 2017-1
      bkgroup@kmllawgroup.com
      Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  jas@nsslawfirm.com,
      PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com
      Lisa M. Swope    lms@nsslawfirm.com,  jas@nsslawfirm.com,PA73@ecfcbis.com,kpetak@spencecuster.com,
      skosis@spencecuster.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Theresa C Homady    on behalf of Debtor Karen P. Conzo thomady1@msn.com,
      homady@gmail.com;homadylaw@gmail.com;tchomady@comcast.net;9893@notices.nextchapterbk.com;thomadybk@gmail.com
                                                                                      TOTAL: 6